IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| FALL LINE PATENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZOE'S KITCHEN, INC. ET AL.,<br><br>Defendant. | CIVIL ACTION NO. 6:18-cv-407-RWS<br><br>JURY TRIAL DEMANDED<br><br>Lead Case |
| v.<br><br>STARBUCKS CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 6:18-cv-411-RWS<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO DISMISS STARBUCKS CORPORATION**

Pursuant to a settlement agreement, Plaintiff Fall Line Patents LLC ("Fall Line") and Defendant Starbucks Corporation ("Starbucks") file this joint motion to dismiss with prejudice all claims made by Fall Line in this action. Each party shall bear its own attorneys' fees and costs. A proposed order is attached.

Dated: June 10, 2019

Respectfully submitted,

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli (lead counsel)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

*Attorneys for Fall Line Patents, LLC*


By: */s/ Tara D. Elliott*
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 N. College, Suite 800
Tyler, TX 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Tara D. Elliott (lead attorney)
tara.elliott@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Lisa K. Nguyen (CA Bar #244280)
lisa.nguyen@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

David F. Kowalski
david.kowalski@lw.com
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

*Counsel for Defendant
Starbucks Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of June, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli