# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| FALL LINE PATENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZOE'S KITCHEN, INC., ET AL,<br><br>Defendants. | CIVIL ACTION NO.<br>6:18-CV-00407-RWS<br>**(Consolidated Lead Case)**<br><br>**JURY TRIAL DEMANDED** |

## Order

Before the Court is Fall Line's Motion To Exclude Certain Opinions Of Stephen Gray On Non-Infringement. The Court having considered the motion, and having found good cause therefor, hereby ORDERS that the motion is GRANTED.

The Court excludes Mr. Gray's opinions on the law of claim construction, that infringement requires executing when the user "arrives" or "visits" the location, and that the questionnaire must ask questions about the location or the user's experience at the location.

The Court also excludes Mr. Gray's opinions regarding the construction of "central server" as well as Mr. Gray's opinions that Dr. Russ failed to respect the reasoning of the Court's *Markman* order.

The Court also prohibits Mr. Gray from offering any opinions on non-infringing alternatives.

Finally, the Court excludes Mr. Gray's opinions on substantial non-infringing uses and his opinions that there can therefore be no contributory infringement.