IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| FALL LINE PATENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZOE'S KITCHEN, INC., ET AL,<br><br>Defendants. | CIVIL ACTION NO.<br>6:18-CV-00407-RWS<br>**(Consolidated Lead Case)**<br><br>**JURY TRIAL DEMANDED** |

## Order

Before the Court is Fall Line's Motion To Exclude Certain Opinions Of Stephen Gray On Validity. The Court having considered the motion, and having found good cause therefor, hereby ORDERS that the motion is GRANTED.

The Court excludes Mr. Gray's opinions on invalidity under section 101 for failure to address the inventive concepts plausibly alleged by Fall Line, for failure to apply the Court's claim constructions, for failure to address any ordered combination of claim limitations, and for failure to rely on a set of references that collectively show what was known before Fall Line's invention.

Separately, the Court excludes Mr. Gray's reliance on the twenty-four references set forth in his table, as well as each of the references discussed in his "Technology Background" section, which were not public before Fall Line's invention.

1

The Court also excludes Mr. Gray's opinions about the Court's prior ruling denying McDonald's motion to dismiss under section 101.

Finally, the Court excludes Mr. Gray from offering any opinions based on any prosecution history.