# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| FALL LINE PATENTS, LLC, § § Plaintiff, § § v. § § ZOE'S KITCHEN, INC., ET AL, § § Defendants. § § | CIVIL ACTION NO. 6:18-CV-00407-RWS (LEAD CASE) |

## ORDER

The Court previously entered a docket control order setting a dispositive motion hearing for **May 9, 2023, at 10 a.m. in Texarkana, Texas**. The Court hereby

**RESETS** the dispositive motion hearing in this case to **April 11, 2023, at 10 a.m. in Texarkana, Texas**. All other deadlines set in the docket control order (Docket No. 170) remain unchanged.

**So ORDERED and SIGNED this 6th day of March, 2023.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE