IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| FALL LINE PATENTS, LLC | § | |
| | § | |
| V. | § | CIVIL NO. 6:18CV412 |
| | § | |
| MCDONALD'S CORP., et al | § | |

MINUTES FOR PRETRIAL CONFERENCE
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
JULY 6, 2023

OPEN: 10:04 a.m.                                                              ADJOURN: 1:03 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Greg Dovel, Matthew Antonelli, Alex Erwig, Larry Thompson and Zachariah Harrington |
| ATTORNEYS FOR DEFENDANTS: | Ricardo Bonilla, Aaron Pirouznia, Ashu Balimba, Sarika Patel and Joshua Park |
| LAW CLERK: | Courtney Bolin |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Shelly Holmes |

10:04 a.m.   Case called, parties introduce themselves and announce ready, Court welcomes everyone and gives preliminary comments; Court advises parties to file a joint proposed pretrial order by close of business tomorrow; parties will have 30 minutes per side for voir dire, 30 minutes per side for opening statements; 10 hours per side to try the case; and as of now, 30 minutes per side for closing arguments; parties will be charged for bench conferences if jury is in the box; questionnaires available in Tyler next Friday at noon; agreed juror notebooks allowed; demonstratives are not evidence (unless agreed upon) and won't go back to jury; jury selection we will begin around 9:00-9:15; panel size will be 28; each side will get three (3) peremptory strikes; after meeting and conferring after trial each evening, if any disputes remain, a written dispute must be filed no later than 10:00 p.m. and any response must be filed by 7:00 a.m.; normal trial days will be 9:00 to 4:30; trial exhibit procedure discussed; only exhibits that are admitted and used will go back to the jury unless the parties agree otherwise

| | |
|---|---|
| 10:29 a.m. | Court advises that agreed MILS will be granted |
| 10:30 a.m. | Mr. Alex Erwig argues Plaintiff's MIL #1 regarding McDonald's achievements, patents and good works |
| 10:31 a.m. | Ms. Sarika Patel responds to argument |
| 10:33 a.m. | Court questions Ms. Patel; Ms. Patel responds |
| 10:34 a.m. | Mr. Erwig replies |
| 10:35 a.m. | Mr. Greg Dovel argues Plaintiff's MIL #2 regarding expert testimony from facts witnesses |
| 10:37 a.m. | Court questions Mr. Dovel; Mr. Dovel responds |
| 10:39 a.m. | Ms. Patel responds to argument |
| 10:40 a.m. | Court questions Ms. Patel; Ms. Patel responds |
| 10:41 a.m. | Mr. Dovel replies |
| 10:42 a.m. | Mr. Matt Antonelli argues Plaintiff's MIL #5 regarding settlement agreements |
| 10:44 a.m. | Court questions Mr. Antonelli; Mr. Antonelli responds |
| 10:46 a.m. | Mr. Aaron Pirouznia responds to arguemnt |
| 10:49 a.m. | Court questions Mr. Antonelli; Mr. Antonelli responds and replies to Defendant's response |
| 10:52 a.m. | Court questions Mr. Pirouznia; Mr. Pirouznia responds |
| 10:56 a.m. | Mr. Antonelli replies |
| 10:57 a.m. | Mr. Joshua Park argues Defendant's MIL #5 regarding Fall Line shall be excluded from commenting on any Defendant's financial size |
| 10:59 a.m. | Court questions Mr. Park; Mr. Park responds |
| 11:00 a.m. | Mr. Antonelli responds to argument |
| 11:02 a.m. | Mr. Park replies |
| 11:02 a.m. | Court questions Mr. Park; Mr. Park responds |

| | |
|---|---|
| 11:03 a.m. | Mr. Ashu Balimba argues Defendant's MIL #6 regarding precluding Fall Line from commenting on pretrial discovery disputes |
| 11:04 a.m. | Mr. Dovel responds to argument |
| 11:05 a.m. | Court questions Mr. Dovel; Mr. Dovel responds |
| 11:06 a.m. | Mr. Balimba replies |
| 11:07 a.m. | Mr. Park argues Defendant's MIL #7 regarding precluding Fall Line from referring to moves, TV shows or other forms of media relating to Defendant |
| 11:09 a.m. | Mr. Antonelli responds to argument |
| 11:10 a.m. | Court questions Mr. Antonelli; Mr. Antonelli responds |
| 11:11 a.m. | Mr. Park replies |
| 11:12 a.m. | Mr. Ricardo Bonilla argues Defendant's MIL #10 in light of the motion for reconsideration just filed; Court responds |
| 11:14 a.m. | Recess |
| 11:24 a.m. | Mr. Prirouznia argues Defendant's Motion for Leave to File Motion to Dismiss (dkt. #325) |
| 11:31 a.m. | Court questions Mr. Pirouznia; Mr. Pirouznia responds |
| 11:38 a.m. | Court questions Mr. Pirouznia; Mr. Pirouznia responds |
| 11:45 a.m. | Court questions Mr. Pirouznia; Mr. Pirouznia responds |
| 11:48 a.m. | Mr. Antonelli responds to argument |
| 11:50 a.m. | Court questions Mr. Antonelli; Mr. Antonelli responds |
| 11:58 a.m. | Court questions Mr. Antonelli; Mr. Antonelli responds |
| 12:16 p.m. | Court questions Mr. Antonelli; Mr. Antonelli responds |
| 12:18 p.m. | Court questions Mr. Pirouznia; Mr. Pirouznia responds |
| 12:38 p.m. | Mr. Antonelli replies |
| 12:43 p.m. | Court instructs the Plaintiff's that their sur-reply may be up to 10 pages and filed |

|              | by Monday at noon |
|---|---|
| 12:44 p.m. | Mr. Bonilla advises the Court of remaining issues that should be included in the revised joint pretrial order |
| 12:45 p.m. | Court questions the Plaintiff regarding a short reply to the Motion to Reconsider; Mr. Antonelli responds that it can be filed by noon on Monday; Court questions the parties regarding the pending motion on sanctions; Mr. Antonelli responds |
| 12:48 p.m. | Court questions Mr. Antonelli regarding the cost savings issue; Mr. Antonelli responds |
| 12:53 p.m. | Court questions Mr. Bonilla regarding response to motion on sanctions; Mr. Bonilla responds |
| 12:57 p.m. | Mr. Antonelli responds |
| 1:00 p.m. | Mr. Bonilla responds |
| 1:01 p.m. | Court questions Mr. Bonilla; Mr. Bonilla responds |
| 1:01 p.m. | Mr. Antonelli responds |
| 1:02 p.m. | Court questions Mr. Bonilla; Mr. Bonilla responds |
| 1:03 p.m. | Recess |