IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| FALL LINE PATENTS, LLC, | § § § § § § § § § § § | |
| Plaintiff, | | Civil Action No. 6:18-CV-00407-RWS |
| | | (LEAD CASE) |
| v. | | |
| ZOE'S KITCHEN, INC., ET AL, | | |
| Defendants. | | |

**ORDER**

Before the Court is the parties' Joint Motion Regarding Redaction of the Court's Sealed Order of June 29, 2023 (Docket No. 321). Docket No. 336. In their motion the parties explain that they have "met and conferred and agree that the order does not contain any confidential information that should be redacted." *Id.* at 1. In view of this representation, the Clerk of Court is directed to file a public version of the sealed order (Docket No. 321). Thus, the parties' motion (Docket No. 336) is **GRANTED**.

**So ORDERED and SIGNED this 11th day of July, 2023.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE